RAILWAY COMPANY, PLAINTIFF IN ERROR, *v.* VILLAGE OF CLYDE, OHIO. Error to the Supreme Court of the State of Ohio. April 24, 1903. Dismissed with costs, on authority of counsel for plaintiff in error. *Mr. John T. Dye* for plaintiff in error. *Mr. Homer Metzgar* and *Mr. S. S. Richards* for defendant in error.

---

No. 284. EMERSON CHAMBERLAIN, APPELLANT, *v.* PEORIA, DECATUR AND EVANSVILLE RAILWAY COMPANY ET AL. Appeal from the Circuit Court of the United States for the District of Indiana. April 27, 1903. Dismissed per stipulation. *Mr. Edward B. Whitney* for appellant. *Mr. J. M. Dickinson* for appellees.

---

No. 281. VIRGINIA-CAROLINA CHEMICAL COMPANY, PETITIONER, *v.* HOME INSURANCE COMPANY OF NEW YORK ET AL. April 27, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit. Dismissed for the want of prosecution. *Mr. Henry A. M. Smith* for petitioner. *Mr. Augustin T. Smythe* and *Mr. Alex. C. King* for respondents.